## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>MCKESSON & ROBBINS, INC.,<br>    Defendant. | 1:20-mc- 507<br>(originally Civil Action No. 76-50) |

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

The Clerk shall mark 20mc507 closed.

Dated: August 31, 2022

/s/ Alvin K. Hellerstein
United States District Court Judge
Southern District of New York